*Hellerstein, J*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/24/10

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIC CORPORATION, BIC USA Inc. and
SOCIÉTÉ BIC
                Plaintiffs,

v.

DJEEP S.A., DJEEP, INC., and KRETEK
INTERNATIONAL, INC.

                Defendants.

Index No. 10 CV 7358 (AKH)

**STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs BIC Corporation, BIC USA Inc., and Société BIC, on one hand, and Defendants DJEEP S.A., DJEEP, Inc., and Kretek International, Inc., on the other, hereby jointly move for an order dismissing with prejudice all claims against the Defendants in the above-captioned action, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: New York, New York
       December 17, 2010

JONES DAY

By: _____

John J. Normile (JN 0805)
Jonathan A. Muenkel (JM 9078)
Thomas J. Bassolino (TB 0125)

222 East 41st Street
New York, NY 10017
Telephone: (212) 425-7200
Email: jjnormile@jonesday.com
Email: jamuenkel@jonesday.com
Email: tjbassolino@jonesday.com

*Attorneys for Plaintiffs BIC Corporation,
BIC USA Inc., and Société BIC*

MORRISON & FOERSTER LLP

By: _____

Patricia A. Martone (PM 2989)
Jessica L. Kaufman (JK 6508)

1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8000
Email: pmartone@mofo.com
Email: jkaufman@mofo.com

*Attorneys for Defendants DJEEP S.A.,
DJEEP, Inc., and Kretek International, Inc.*

So Ordered
12/22/10
/s/ AKH

IT IS SO ORDERED this _____ day of _____, 2010.

_____
Hon. Alvin K. Hellerstein
United States District Judge